UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELECTRICIANS HEALTH AND WELFARE PLAN IBEW LOCAL 995 | CIVIL ACTION NO: 3:08cv87 |
| | JUDGE: TYSON |
| VERSUS | |
| | MAGISTRATE: NOLAND |
| AIMEE A. POURCIAU | |

## JUDGMENT

After considering that Defendant was served on April 3, 2008, and has failed to answer or otherwise plead and that default was entered by the Clerk of Court on June 23, 2008, the Court finds Plaintiff's Motion for Default Judgment should be granted.

The instant action is a collection proceeding against a former participant for overpaid medical benefits pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132.

Judgment is entered against Aimee Pourciau and in favor of Electricians Health and Welfare Plan IBEW Local 995 in the amount of $12,495.14.

This the 24th day of November, 2008.

UNITED STATES DISTRICT JUDGE